**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

TRUSTEES OF THE UNITED PLANT AND
PRODUCTION WORKERS LOCAL 175
BENEFIT FUNDS,

                     Plaintiffs,

     - against -

CARLO LIZZA & SONS, INC.,

                     Defendant.

-----------------------------------------------------------X

**JUDGMENT**
CV-08-2690 (ADS)

     An Order of Honorable Arthur D. Spatt, United states District Judge, having been filed on August 11, 2011, dismissing this case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b), and directing the Clerk of Court to close this case, it is

     **ORDERED AND ADJUDGED** that plaintiffs take nothing of defendant; that this case is dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); and that this case is hereby closed.

Dated: Central Islip, New York
          August 17, 2011

                                                        ROBERT C. HEINEMANN
                                                        CLERK OF THE COURT

                                  By:    /s/ Catherine Vukovich
                                                  Deputy Clerk